1  LAURIE A. TRAKTMAN (SBN 165588)
   email: lat@gslaw.org
2  **GILBERT & SACKMAN**
   **A Law Corporation**
3  3699 Wilshire Boulevard, Suite 1200
   Los Angeles, California 90010
4  Telephone: (323) 938-3000
   Facsimile: (323) 937-3139
5
   Attorneys for Plaintiffs                                            JS-6
6
                      UNITED STATES DISTRICT COURT
7
                     CENTRAL DISTRICT OF CALIFORNIA
8

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; THE BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; THE BOARD OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 88 SECTION 401(K) PLAN; THE SHEET METAL WORKERS LOCAL 88 RETIREE HEALTH PLAN; THE SHEET METAL WORKERS LOCAL 88 JOINT APPRENTICESHIP AND TRAINING FUND INC; THE LOCAL 88 INDUSTRY STABILIZATION; AND THE SMACNA OF SOUTHERN NEVADA (AKA SOUTHERN NEVADA AIR CONDITIONING & SHEET METAL CONTRACTORS' ASSOCIATION, INC.) TRADES PROGRAM AND INTERNATIONAL ASSOCIATION OF SHEET METAL AIR, RAIL AND TRANSPORTATION WORKERS LOCAL UNION NO. 88 DUES, <br><br>    Plaintiffs, <br><br>       v. <br><br>ROYAL METAL WORKS, INC. and WILLIAM PAUL BLAZVICK, individual, <br><br>    Defendants. | Case No. 2:15-cv-07592 ODW(JEMx) <br><br> Hon. Otis D. Wright, II <br><br> [~~PROPOSED~~] ORDER ON AMENDED STIPULATION FOR JUDGMENT |

Pursuant to the Stipulation by and between Plaintiffs, The Board of Trustees of the Sheet Metal Workers Pension Plan of Southern California, Arizona and Nevada (the "Pension Plan"); the Board of Trustees of the Sheet Metal Workers Health Plan of Southern California, Arizona and Nevada (the "Health Plan); the Board of Trustees of the Sheet Metal Workers Local 88 Section 401(k) Plan (the "401(k) Plan"); the Sheet Metal Workers Local 88 Retiree Health Plan (the "Retiree Fund"); the Sheet Metal Workers Local 88 Joint Apprenticeship and Training Fund Inc. (the "JATC"); the Local 88 Industry Stabilization Program (the "Industry Stabilization Program); and the SMACNA of Southern Nevada (aka Southern Nevada Air Conditioning & Sheet Metal Contractors' Association, Inc.) Trades Program ("Industry Fund") and International Association of Sheet Metal Air, Rail and Transportation Workers Local Union No. 88 Dues (the "Dues Fund"), (collectively referred to as the "Plans" or "Trust Funds"); and individual WILLIAM PAUL BLAZVICK ("Individual Defendant"), and ROYAL METAL WORKS, INC. ("Company"), the Court has considered the matter fully and concluded that good cause exists to approve the parties' Stipulation in its entirety.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. That the Company and Individual Defendant are indebted to the Plans in the total amount of $192,931.98 as follows: contributions (including the "Savings Deferral" which are wages deducted from employee paychecks) in the amount of $130,605.27 for the delinquent work months of February 2015 and May 2015; $34,884.47 in liquidated damages for late payment or nonpayment of contributions for the work months of May 2014, August 2014, January 2015 through March 2015, May 2015 and June 2015; $17,442.24 in interest for late payment or nonpayment of contributions for the work months of May 2014, August 2014, January 2015 through March 2015, May 2015 and June 2015; and attorney's fees in the amount of $10,000.00.

2. Judgment is entered in favor of the Plans and against the Company and Individual Defendant, jointly and severally, in the amount of $192,931.98 for delinquent

employee benefit plan contributions, audit contributions, accrued liquidated damages, interest, attorney fees and costs, together with post-judgment interest thereon at the rate of 12% per annum as of the date of the Judgment.

3.　This Court retains jurisdiction over this matter through December 10, 2016 to enforce the terms of any judgment entered hereunder, to order appropriate injunctive and equitable relief, to make appropriate orders of contempt, and to increase the amount of judgment based upon additional sums owed to the Plans by Defendants.

**IT IS SO ORDERED**.

Dated: October 26, 2015 _____

Hon. Otis D. Wright, II